

Peter D. Raymond  (PR 3029)
John B. Webb  (JW 9624)
Wallace B. Neel  (WN 0038)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400

Attorneys for Plaintiff M. Shanken Communications, Inc.





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x
M. SHANKEN COMMUNICATIONS, INC.,

               Plaintiff,

      -against-

CIGAR500.COM INC., ANTHONY MASCIANGELO, AND MONIQUE MASCIANGELO,

               Defendants.
--------------------------------------------------- x

Civ. No. _____

**M. SHANKEN COMMUNICATIONS INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff M. Shanken Communications, Inc. ("Shanken") hereby certifies that Shanken does not have a parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 17, 2007

                                  REED SMITH LLP

                                  By: _/s/ Peter D. Raymond_____
                                  Peter D. Raymond (PR 3029)
                                  John B. Webb (JW 9624)
                                  Wallace B. Neel (WN 0038)
                                  599 Lexington Avenue
                                  New York, New York 10022
                                  (212) 521-5400

                                  *Attorneys for Plaintiff*
                                  *M. Shanken Communications, Inc.*