IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

M. SHANKEN COMMUNICATIONS, INC.,

        Plaintiff,

– against –

CIGAR500.COM INC., ANTHONY MASCIANGELO, AND MONIQUE MASCIANGELO,

        Defendants.

07-Civ.-7371 (JGK)

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel, that the time for Defendants Cigar500.com Inc., Anthony Masciangelo, and Monique Masciangelo to answer, move with respect to, or otherwise respond to the Complaint in the above-captioned action is hereby extended to, and including, October 8, 2007.

IT IS FURTHER STIPULATED AND AGREED, by the undersigned counsel, that this Stipulation and Order is without prejudice to the claims, rights and defenses of all parties hereto, and all such claims and defenses are specifically reserved, including, without limitation, any defense of lack of jurisdiction, improper venue, insufficiency of service of process, and/or failure to state a claim.

Dated: New York, New York  
September 10, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____  
Lisa P. Simpson

666 5th Avenue  
New York, NY 10103-0001  
(212) 506-5000

Attorneys for Defendants  
Defendants Cigar500.com Inc., Anthony Masciangelo, and Monique Masciangelo

Dated: New York, New York  
September 7, 2007

REED SMITH LLP

By: _____  
Peter D. Raymond

599 Lexington Avenue  
New York, New York 10022-7650  
(212) 549-0364

Attorneys for Plaintiff  
M. Shanken Communications, Inc.

It Is So Ordered This 11 Day Of September, 2007:

_____  
Honorable John G. Koeltl  
United States District Court Judge

2