```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/07

M.SHANKEN COMMUNICATIONS, INC.,
                     Plaintiff,

    - against -

CIGAR500.COM, et al.,
                     Defendants.

07 Civ. 7371 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants' time to file a motion or an answer is extended to **November 16, 2007**. The plaintiff should respond to any motion by **December 7, 2007**. The defendant should submit any reply by **December 17, 2007**.

SO ORDERED.

Dated: New York, New York
       September 5, 2007

                                    John G. Koeltl
                             United States District Judge