UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

M. SHANKEN COMMUNICATIONS INC.
              Plaintiff(s),
      against

CIGAR500.COM INC., ANTHONY
MASCIANGELO, AND MONIQUE
MASCIANGELO
              Defendant(s)

---

Index No. 07 CV 7371
:
AFFIDAVIT OF SERVICE
:
:

## AFFIDAVIT OF SERVICE

I, **Joe Perrotti**, process server of the City of Vaughan, in the Regional Municipality of York,

MAKE OATH AND SAY:

1. On August 20, 2007 at 11:30 a.m., I served Cigar500.com with the Summons and Complaint by leaving a copy with Walter, manager, an adult male who appeared to be in control of Cigar500.com, at time of service at 3883 Highway 7, Suite 3, Woodbridge, Ontario.

2. I was able to identify the person by means of Verbal Admission.

Sworn before me at the City

of Toronto

in the Province of Ontario

on August 22, 2007

_____
A Notary Public

_____
JOE PERROTTI