UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M. SHANKEN COMMUNICATIONS INC.                    Case Number: 07 CIV 7371

        Plaintiff

  -againtst-

CIGAR500.COM INC., ANTHONY MASCIANGELO
AND MONIQUE MASCIANGELO

        Defendants

---

## RETURN OF SERVICE UNDER OATH OF OFFICE
## AFFIDAVIT OF SERVICE

      I, ALAIN LAROSE, a sworn Bailiff practicing my profession in the Province of Quebec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, Place d'Armes, suite 800, in the City of Montreal, Province of Quebec, Canada, being under my oath of office, DO DECLARE:

1-    THAT I am over twenty-one years old and not party of this action.

2-    THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Quebec to effect service of legal process in and within the limits of the said Province.

3-    THAT I did on Monday, the 27th day of August, 2007 at 8:10 a.m., personally serve a copy of a **CIVIL COVER SHEET NO. 07 CIV 7371; SUMMONS IN A CIVIL ACTION, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, DATED AUGUST 17, 2007, NO. 07 CIV 7371; M. SHANKEN COMMUNICATIONS, INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1, DATED AUGUST 17, 2007, NO. 07 CIV 7371; COMPLAINT OF M. SHAKEN COMMUNICATIONS INC. IN THE FILE BARING NO. 07 CIV 7371, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK; INDIVIDUAL PRATICES OF MAGISTRATE JUDGE DEBRA FREEMAN, DATED MARCH 21, 2001; AND INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL, DATED APRIL 2001**

upon:
ANTHONY MASCIANGELO, one of the defendants in this action, therein named, by speaking to and leaving the same thereof for him with him, in person in front of the Tim Horton, to wit:

at 201, De la Gare Road, in the City of Saint-Sauveur, Province of Quebec, Canada.

4-   THAT the said ANTHONY MASCIANGELO accepted the proceeding so served.

5-   THAT the said ANTHONY MASCIANGELO identified himself by means of verbal acknowledgement and by showing me his passport.

SWORN TO BEFORE ME,
in the city and judicial district of Montreal
in the Province of Quebec, Canada
this 31st day of August, 2007

Commissioner of taking oaths
in and for the Province of Québec

AND I HAVE SIGNED,

ALAIN LAROSE
Bailiff of Justice