UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M. SHANKEN COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CIGAR500.COM INC., ANTHONY MASCIANGELO, AND MONIQUE MASCIANGELO, <br><br> Defendants. | Case No. 07-CIV-7371 (JGK) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs Cigar500.com Inc. ("Cigar500"), Anthony Masciangelo and Monique Masciangelo certifies that (i) Cigar500 has no corporate parent and (ii) no publicly held corporation owns 10% or more of Cigar500's stock.

Dated:  New York, New York
        January 11, 2008

                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                            By:     _____
                                    Lisa T. Simpson
                                    Linda A. Rosenthal
                                    Alison F. Swap

                                    666 Fifth Avenue
                                    New York, New York 10103
                                    (212) 506-5000

                                    Attorneys for Defendants
                                      Cigar500.com, Inc., Anthony Masciangelo and
                                      Monique Masciangelo