UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M. SHANKEN COMMUNICATIONS, INC.,

          Plaintiff,

-against-

CIGAR500.COM INC., ANTHONY MASCIANGELO, AND MONIQUE MASCIANGELO,

          Defendants.

Case No. 07-CIV-7371

---

### DECLARATION OF MONIQUE MASCIANGELO

I, Monique Masciangelo, hereby declare as follows:

1. I submit this declaration in support of Defendants' motion to dismiss Plaintiff M. Shanken Communications, Inc.'s Complaint.

2. I reside in Canada and am an Italian and Canadian citizen.

3. I am not now, and have never been, a principal, shareholder or employee of Cigar500.com.

4. In January 2006, as a matter of convenience, my credit card was used to secure the registration of the domain name "Cigar500.com." That website is held in my name in trust for Cigar500.com. A true and correct copy of that trust agreement is attached hereto as Exhibit A.

5. Other than that use of my credit card, I have had no association with Cigar500.com.

6. I have no professional or personal connections with the State of New York. Other than traveling through the New York City airports on a few occasions in

connection with my work as a flight attendant, I have visited New York only three times, for a total of three days, in the past thirty years – once to see a concert, once to visit Ground Zero and once to go shopping with a friend.

7. I am not involved in any business ventures that do business or solicit business in the State of New York.

8. I do not own real estate in New York.

9. I have no personal property located in the State of New York.

10. I do not have a bank account in New York.

11. I do not personally derive any income from New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 11th, 2008.
- local time HKG -
January 10th, 2008 (Canada)

Monique Masciangelo