# EXHIBIT A

## Trust Declaration

Re: Website name - cigar500.com

    Registered with Network Solutions

I, **Monique Masciangelo,** hereby declare that I hold the following name registration as the registered owner in trust for and on behalf of the beneficial owner thereof, Cigar500.com Inc.

_[signature]_

**MONIQUE MASCIANGELO**

I Walter Di Battista confirm that this shall be sufficient evidence of the aforesaid trust.

_[signature]_

Walter Di Battista

Vice President

Cigar500.com Inc.

Dated this 15th day of March 2006