RECEIVED
FEB - 7 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
M. SHANKEN COMMUNICATIONS, INC.,

              Plaintiff,

    -against-

CIGAR500.COM INC., ANTHONY
MASCIANGELO, AND MONIQUE
MASCIANGELO,

             Defendants.
-------------------------------------------------------- x

Civ. No. 07-CIV-7371 (JGK)

**STIPULATION**

    The undersigned counsel agree to extend the time for service and filing of Opposition and Reply papers to Defendants' Motion to Dismiss (the "Motion") as follows:

    1.    Plaintiff's time to file its Opposition papers to the Motion is extended to and including February 22, 2008.

    2.    Defendants' time to file their Reply papers in further support of the Motion is extended to and including March 7, 2008.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2008

3. This Stipulation may be signed in counterparts, and a facsimile copy of this Stipulation shall be deemed an original.

Dated: February 7, 2008
New York, New York

**REED SMITH LLP**

By: *[signature]*
Peter D. Raymond (PR 3029)
Wallace B. Neel (WN 0038)
599 Lexington Avenue
New York, NY 10022
(212) 521-5400

*Attorneys for Plaintiff*

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**

By: *[signature]*
Lisa T. Simpson, Esq.
666 Fifth Avenue
New York, NY 10103-0001
212-506-5000

*Attorneys for Defendants*

APPLICATION GRANTED
SO ORDERED

*[signature]*
JOHN G. KOELTL, U.S.D.J.

2/7/08

- 2 -