REED SMITH LLP
Peter D. Raymond (PR 3029)
Wallace B. Neel (WN 0038)
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff*
*M. Shanken Communications, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
M. SHANKEN COMMUNICATIONS, INC.,

                Plaintiff,

    -against-

CIGAR500.COM INC., ANTHONY
MASCIANGELO, AND MONIQUE
MASCIANGELO,

                Defendants.
-------------------------------------------------------------- x

No. 07-CIV-7371 (JGK)

## DECLARATION OF PETER D. RAYMOND, ESQ.

PETER D. RAYMOND, ESQ., an attorney admitted to practice before this Court, declares as follows:

1. I am a member of Reed Smith LLP, attorneys for the Plaintiff in this action.

2. I submit this Declaration in opposition to Defendants' Motion to Dismiss.

3. A true and correct copy of the Complaint, with Exhibits, is annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2008
      New York, New York

                                                            Peter D. Raymond, Esq.