**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

**TX 6-567-937**

EFFECTIVE DATE OF REGISTRATION

5-10-07
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

Cigar Aficionado

| Volume ▼ | Number ▼ | Date of Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 15 | 04 | June 2007 | bimonthly |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼
a  M. Shanken Communications, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☑ Collective Work   Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**
a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ONLY if this work has been published.
2007 ◀ Year   In all cases.

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information
Month ▶ 04   Day ▶ 05   Year ▶ 07
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼

M. Shanken Communications, Inc.
387 Park Avenue South
New York, NY 10016

See instructions before completing this space.

TRANSFER  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 10 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 10 2007
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|   |   |
|---|---|
| EXAMINED BY | [signature] |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | |

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

See instructions before completing this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Steven Gordon
M Shanken Communications, Inc
387 Park Avenue South, New York, NY 10016

Area code and daytime telephone number ▶ 212-481-8610, ext. 638      Fax number ▶ 212-684-0681
Email ▶ sgordon@mshanken.com

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of M. Shanken Communications, Inc.
    Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Steven Gordon                                   Date ▶ 05/08/07

Handwritten signature ▼

[signature]

| Certificate will be mailed in window envelope to this address | Name ▼ Steven Gordon, M Shanken Communications, Inc. |
|---|---|
| | Number/Street/Apt ▼ 387 Park Avenue South |
| | City/State/Zip ▼ New York, NY 10016 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Form SE-Full  Rev 11/2006  Print 11/2006  Printed on recycled paper                                        U.S. Government Printing Office: 2006-xxx-xxx/xx.xxx

**EXHIBIT B**

Int. Cl.: 42
Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office
Amended

Reg. No. 2,131,128
Registered Jan. 20, 1998
OG Date Apr. 20, 2004

## SERVICE MARK
## PRINCIPAL REGISTER

cigar aficionado

M. SHANKEN COMMUNICATIONS, INC.
(NEW YORK CORPORATION)
387 PARK AVENUE SOUTH
NEW YORK, NY 10016
  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CIGAR", APART FROM THE MARK AS SHOWN.

FOR: COMPUTER SERVICES, NAMELY, PROVIDING ON-LINE MAGAZINES IN THE FIELD OF CIGARS, IN CLASS 42 (U.S. CLS. 100 AND 101).
  FIRST USE 1-20-1997; IN COMMERCE 1-20-1997.
  SER. NO. 75-075,835, FILED 3-14-1996.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 20, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

**EXHIBIT C**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,054,780

**United States Patent and Trademark Office**  Registered Apr. 22, 1997

TRADEMARK
PRINCIPAL REGISTER



M. SHANKEN COMMUNICATIONS, INC. (NEW YORK CORPORATION)
387 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: MAGAZINES AND BOOKS FEATURING THE SUBJECT OF CIGARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-22-1992; IN COMMERCE 8-25-1992.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CIGAR", APART FROM THE MARK AS SHOWN.

SER. NO. 75-075,834, FILED 3-14-1996.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

**EXHIBIT D**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,025,421
Registered Dec. 24, 1996

## TRADEMARK
PRINCIPAL REGISTER

### CIGAR AFICIONADO

M. SHANKEN COMMUNICATIONS, INC. (NEW YORK CORPORATION)
387 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: PUBLICATIONS, NAMELY, MAGAZINES, BOOKS, PAMPHLETS, NEWSLETTERS, PRINTED CHARTS, JOURNALS AND GUIDES ALL ON THE SUBJECT OF CIGARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-22-1992; IN COMMERCE 8-25-1992.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CIGAR", APART FROM THE MARK AS SHOWN.

SER. NO. 75-031,228, FILED 12-11-1995.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

**EXHIBIT E**



8/17/07 1:40 PM