# EXHIBIT E



8/17/07 1:40 PM