**EXHIBIT G**



# cigar aficionado
THE GOOD LIFE MAGAZINE FOR MEN     www.cigaraficionado.com

## CUBA TOMORROW

**CUBA AFTER FIDEL**
**THE EMBARGO: PRO AND CON**
**RICARDO ALARCON SPEAKS OUT**
**THE GREATEST CUBAN CIGARS**
**BEST OF CUBA: HOTELS & RESTAURANTS**
**TRAVEL BAN UPDATE**

JUNE 2007     $4.95
$5.95 CAN  $6 CUBA  £5.25 UK

0 70989 35955 0    06>