IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

M. SHANKEN COMMUNICATIONS, INC.,

            Plaintiff,

– against –

CIGAR500.COM INC., ANTHONY MASCIANGELO, AND MONIQUE MASCIANGELO,

            Defendants.

07-Civ.-7371 (JGK)

---

## NOTICE OF MOTION OF ORRICK, HERRINGTON & SUTCLIFFE LLP TO WITHDRAW AS COUNSEL TO CIGAR500.COM INC., ANTHONY MASCIANGELO, AND MONIQUE MASCIANGELO

PLEASE TAKE NOTICE THAT Orrick, Herrington & Sutcliffe LLP will and hereby does move this Court, before the Honorable John G. Koeltl, Courtroom 12B, United States Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court, for an Order, pursuant to Local Civil Rule 1.4 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting the withdrawal of Orrick, Herrington & Sutcliffe LLP as attorneys of record for defendants Cigar500.com Inc., Anthony Masciangelo, and Monique Masciangelo (collectively, the "Defendants"). The motion is made and based upon the accompanying Declaration of Lisa T. Simpson, Esq. and Memorandum of Law in Support of the Motion to Withdraw on the grounds that the Defendants no longer wish to retain the services

of Orrick and because Defendants do not wish and cannot afford to incur further legal fees in connection with this matter.

Dated:  New York, New York
        March 4, 2008

                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By: _____
                              Lisa T. Simpson, Esq.
                              666 Fifth Avenue
                              New York, New York 10103
                              (212) 506-5000

                              Attorneys for Defendants Cigar500.com Inc.,
                              Anthony Masciangelo and Monique Masciangelo