**REED SMITH LLP**
Peter D. Raymond (PR 3029)
Emily Kirsch (EB 4216)
Wallace B. Neel (WN 0038)
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff*
*M. Shanken Communications, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

M. SHANKEN COMMUNICATIONS, INC.,                :

                 Plaintiff,                                  :

       -against-                                                :          No. 07-CIV-7371 (JGK

CIGAR500.COM INC., ANTHONY                             :          **CERTIFICATE OF SERVICE**
MASCIANGELO, AND MONIQUE
MASCIANGELO,                                                          :

                 Defendants.

------------------------------------------------------------------ x

**WALLACE NEEL**, hereby certifies the following under penalty of perjury:

    1. I am an associate with the firm of Reed Smith, LLP, counsel for Plaintiff M. Shanken Communications, Inc. in this action.

    2. On March 18, 2008 I caused to be served by ECF a true and correct copy of the attached Plaintiff's Memorandum of Law In Opposition to Defendant Cigar500.com Inc.'s Motion to Proceed Pro Se, upon:

Lisa T. Simpson, Esq. (*lsimpson@orrick.com*)
Orrick Herrington & Sutcliffe LLP
666 5th Avenue
New York, NY 10103
*Attorneys for all Defendants*

Dated: March 18, 2008
       New York, New York

                                                                       WALLACE NEEL