



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

March 10, 2008

*ADJOURNED TO*
*THURSDAY, MARCH*
*27, 2008 AT 11:00AM*
*SO ORDERED,*
*[signature] JGK*
*3/18/08     USDJ*

Lisa T. Simpson
(212) 506-3767
lsimpson@orrick.com

RECEIVED
MAR 10 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

**VIA FACSIMILE**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re:   <u>M. Shanken Communications, Inc. v. Cigar500.com, et al., 07-Civ.-7371</u>

Dear Judge Koeltl:

    We represent the defendants Cigar500.com, Anthony Masciangelo, and Monique Masciangelo ("Defendants") in the above-referenced action. We write to request that the date set for hearing on Orrick, Herrington & Sutcliffe LLP's Motion to Withdraw as Counsel for Defendants be adjourned.

    The hearing is currently scheduled for March 24, 2008 at 10:30 a.m. I will be out of the State on March 24. I have corresponded with Peter Raymond, counsel for plaintiff M. Shanken Communications, Inc. ("Plaintiff"), and he has consented to the adjournment of the hearing date. Both I and counsel for the Plaintiff are available any other day in the week of March 24, or at the Court's convenience. I have also spoken with Mr. Masciangelo who has advised that he is available on March 26 or 27 to attend by phone.

    This is the first request for adjournment of this hearing date.

Respectfully submitted,

Lisa T. Simpson

cc:   Peter D. Raymond, Esq.
     Anthony Masciangelo