```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

M. SHANKEN COMMUNICATIONS, INC.,

                        Plaintiff,        07 Civ. 7371 (JGK)

      - against -                    ORDER

CIGAR500.COM, et al.,

                        Defendants.
_____

JOHN G. KOELTL, District Judge:

Defense counsel's motion to withdraw is **denied without prejudice to renewal** after a decision has been made on the defendants' pending motion to dismiss.

The parties agree that the motion to dismiss is fully briefed and that it is not necessary for the Court to hold oral argument on the motion.

SO ORDERED.

Dated:  New York, New York
        March 27, 2008

                                                _____
                                                   John G. Koeltl
                                          United States District Judge