IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

M. SHANKEN COMMUNICATIONS, INC.,

        Plaintiff,

– against –

CIGAR500.COM INC., ANTHONY MASCIANGELO, AND MONIQUE MASCIANGELO,

        Defendants.

07-Civ.-7371 (JGK)

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Wallace Bryan Neel, wneel@reedsmith.com
2. Peter Dana Raymond, praymond@reedsmith.com
3. John Bagnall Webb, bwebb@reedsmith.com

And, I hereby certify that I have mailed by first class mail and by e-mail the documents to the following non-CM/ECF Participant:

Anthony Masciangelo
695-7 Chine Avila Suite 302
Piedmont, Quebec Canada J0R 1K0

anthony.donato@cgocable.ca

                                              Alison F. Swap