UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. SHANKEN COMMUNICATIONS, INC.,

                   Plaintiff,        07 Civ. 7371 (JGK)

- against -                ORDER

CIGAR500.COM INC., et al.,
                 Defendants.

JOHN G. KOELTL, District Judge:

    The Court has received a motion by Orrick, Herrington & Sutcliffe, LLP, counsel for Cigar 500.com Inc., to withdraw as counsel for that defendant.

    All parties should respond to the motion by **August 25, 2008**. Any reply should be submitted by **August 27, 2008**.

    A hearing on the motion is scheduled for **August 29, 2008** at 2:30 p.m.

SO ORDERED.

Dated: New York, New York
       August 18, 2008

                                       John G. Koeltl
                                       United States District Judge