**REED SMITH LLP**
Peter D. Raymond
Wallace B. Neel
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff*
*M. Shanken Communications, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

M. SHANKEN COMMUNICATIONS, INC.,       :

                Plaintiff,       :

     -against-       :  **No. 07-CIV-7371 (JGK)**

CIGAR500.COM INC. and ANTHONY       :  **CERTIFICATE OF SERVICE**
MASCIANGELO, ,
                Defendants.       :

------------------------------------------------------------- x

**WALLACE NEEL**, hereby certifies the following under penalty of perjury:

    1. I am an associate with the firm of Reed Smith, LLP, counsel for Plaintiff M. Shanken Communications, Inc. in this action.

    2. On August 25, 2008, I caused to be served by mail a true and correct copy of the attached Plaintiff's Memorandum Of Law Concerning Orrick, Herrington & Sutcliffe LLP's Motion To Withdraw As Counsel upon:

Anthony Masciangelo
695-7 Chine Avila, Suite 302
Piedmont, Quebec
CANADA J0R 1K0
*Pro Se Defendant*

3. On August 25, 2008, I caused to be served by ECF a true and correct copy of the attached Plaintiff's Memorandum Of Law Concerning Orrick, Herrington & Sutcliffe LLP's Motion To Withdraw As Counsel, upon:

>Lisa T. Simpson, Esq. (*lsimpson@orrick.com*)
>Orrick Herrington & Sutcliffe LLP
>666 5th Avenue
>New York, NY 10103
>*Attorneys for Defendant Cigar500.com*

Dated: August 25, 2008
      New York, New York

_____
WALLACE NEEL