**EXHIBIT F**



## GUARANTEE OF AUTHENTICITY

We are an officially appointed distributor for Havana House in Canada and are authorized to display the Habanos logo on our site and in our advertising literature. All Cuban Cigars advertised on Cigar500 are guaranteed original Cubans. Your cigar order will arrive in the original factory boxes. Every box is authenticated and sealed with the original Republic of Cuba "Original National Warranty Seal For Cigars and Cut Tobacco" from the originating factory in Cuba.

**GUARANTEED DELIVERY IN THE USA. GUARANTEED CUBANS
PRODUCTS SHIPPED FROM A DUTY FREE, TAX FREE ZONE**

 Corporate Incentives     Anniversary/Limited Edition     Special Requests

NEW **Cuban Samplers**
AUTHENTIC - THE REAL THING!     Shoptuscans.com TUSCAN'S     SHIPPING PARTNER ups     VISA 

© 2007 Cigar500.com Inc. All Rights Reserved.    How to Order | Customer Service | Request a Catalog | Contact Us