**EXHIBIT G**

Case 1:07-cv-07371-JGK   Document 42-6   Filed 09/02/2008   Page 2 of 2

# cigar aficionado

THE GOOD LIFE MAGAZINE FOR MEN

www.cigaraficionado.com

## CUBA TOMORROW

**CUBA AFTER FIDEL**

**THE EMBARGO: PRO AND CON**

**RICARDO ALARCON SPEAKS OUT**

**THE GREATEST CUBAN CIGARS**

**BEST OF CUBA: HOTELS & RESTAURANTS**

**TRAVEL BAN UPDATE**

JUNE 2007   $4.95
$5.95 CAN   $6 CUBA   £5.25 UK

06>



0 70989 35955 0