**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

M. SHANKEN COMMUNICATIONS, INC.,

                Plaintiff,

– against –

CIGAR500.COM INC., ANTHONY
MASCIANGELO, AND MONIQUE
MASCIANGELO,

                Defendants.

07-Civ.-7371 (JGK)

---

**NOTICE OF MOTION OF ORRICK, HERRINGTON & SUTCLIFFE LLP
TO WITHDRAW AS COUNSEL TO CIGAR500.COM INC.,
ANTHONY MASCIANGELO, AND MONIQUE MASCIANGELO**

PLEASE TAKE NOTICE THAT Orrick, Herrington & Sutcliffe LLP will and hereby does move this Court, before the Honorable John G. Koeltl, Courtroom 12B, United States Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court, for an Order, pursuant to Local Civil Rule 1.4 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting the withdrawal of Orrick, Herrington & Sutcliffe LLP as attorneys of record for defendants Cigar500.com Inc., Anthony Masciangelo, and Monique Masciangelo (collectively, the "Defendants"). The motion is made and based upon the accompanying Declaration of Lisa T. Simpson, Esq. and Memorandum of Law in Support of the Motion to Withdraw on the grounds that the Defendants no longer wish to retain the services

of Orrick and because Defendants do not wish and cannot afford to incur further legal fees in connection with this matter.

Dated:   New York, New York
         March 4, 2008

                                           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                           By: _____
                                           Lisa T. Simpson, Esq.
                                           666 Fifth Avenue
                                           New York, New York  10103
                                           (212) 506-5000

                                           Attorneys for Defendants Cigar500.com Inc.,
                                           Anthony Masciangelo and Monique Masciangelo

**EXHIBIT D**

**EXHIBIT D**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

M. SHANKEN COMMUNICATIONS, INC.,

                Plaintiff,

– against –

CIGAR500.COM INC., ANTHONY
MASCIANGELO, AND MONIQUE
MASCIANGELO,

                Defendants.

07-Civ.-7371 (JGK)

## NOTICE OF MOTION OF ORRICK, HERRINGTON & SUTCLIFFE LLP TO WITHDRAW AS COUNSEL TO CIGAR500.COM INC., ANTHONY MASCIANGELO, AND MONIQUE MASCIANGELO

PLEASE TAKE NOTICE THAT Orrick, Herrington & Sutcliffe LLP will and hereby does move this Court, before the Honorable John G. Koeltl, Courtroom 12B, United States Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court, for an Order, pursuant to Local Civil Rule 1.4 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting the withdrawal of Orrick, Herrington & Sutcliffe LLP as attorneys of record for defendants Cigar500.com Inc., Anthony Masciangelo, and Monique Masciangelo (collectively, the "Defendants"). The motion is made and based upon the accompanying Declaration of Lisa T. Simpson, Esq. and Memorandum of Law in Support of the Motion to Withdraw on the grounds that the Defendants no longer wish to retain the services

*Counsel for the Defendants should serve a copy of this Motion on the Defendants. The Court will hold a hearing on the Motion on March 24, 2008 at 10:30 A.M. A representative of the Defendants is required to attend in person or by phone. The defendants should be aware that a corporation cannot appear in court without a lawyer, although a representative can appear at the conference on the issue of withdrawal of counsel. So ordered. /s/ JGKoeltl/USDJ. 3/6/08*

of Orrick and because Defendants do not wish and cannot afford to incur further legal fees in connection with this matter.

Dated: New York, New York
March 4, 2008

                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                    By: *[signature]*
                    Lisa T. Simpson, Esq.
                    666 Fifth Avenue
                    New York, New York 10103
                    (212) 506-5000

                    Attorneys for Defendants Cigar500.com Inc.,
                    Anthony Masciangelo and Monique Masciangelo