**REED SMITH LLP**
Peter D. Raymond
Wallace B. Neel
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff*
*M. Shanken Communications, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

M. SHANKEN COMMUNICATIONS, INC., :

                Plaintiff, :

    -against- :    No. 07-CIV-7371 (JGK)

CIGAR500.COM INC. and ANTHONY :    **CERTIFICATE OF SERVICE**
MASCIANGELO, ,
                                     :
                Defendants.

------------------------------------------------------------- x

**WALLACE NEEL**, hereby certifies the following under penalty of perjury:

1. I am an associate with the firm of Reed Smith, LLP, counsel for Plaintiff M. Shanken Communications, Inc. in this action.

2. On September 2, 2008, I caused to be served by mail a true and correct copy of the attached Plaintiff's Memorandum Of Law in Opposition to Defendants' Second Motion to Dismiss and Forum Non Conveniens Motion, and the accompanying Declaration of Peter D. Raymond, Esq. upon:

                Anthony Masciangelo
            695-7 Chine Avila, Suite 302
                 Piedmont, Quebec
                 CANADA J0R 1K0
                  *Pro Se Defendant*

- 2 -

3. On September 2, 2008, I caused to be served by ECF a true and correct copy of the attached Plaintiff's Memorandum Of Law in Opposition to Defendants' Second Motion to Dismiss and Forum Non Conveniens Motion, and the accompanying Declaration of Peter D. Raymond, Esq., upon:

> Lisa T. Simpson, Esq. (*lsimpson@orrick.com*)
> Orrick Herrington & Sutcliffe LLP
> 666 5th Avenue
> New York, NY 10103
> *Attorneys for Defendant Cigar500.com*

Dated: September 2, 2008
      New York, New York

_____
WALLACE NEEL