UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

M. SHANKEN COMMUNICATIONS, INC.,

          Plaintiff,                        Index: 07 cv 7371

        -against-

                                            AFFIDAVIT OF SERVICE

CIGAR500.COM INC. AND ANTHONY
MASCIANGELO,

          Defendants.

-------------------------------------------------------------- x

STATE OF NEW YORK  )
                         : ss.:
COUNTY OF NEW YORK )

        Robinson Howard, being duly sworn, deposes and says:

    1.     I am over the age of 18 years and am not a party to this action, and I am employed by Orrick, Herrington & Sutcliffe LLP.

    2.     On September 3, 2008, I served by first class mail a true and correct copy of the DECLARATION OF LISA T. SIMPSON IN REPLY TO SHANKEN'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND THE DECLARATION OF PETER D. RAYMOND, DATED SEPTEMBER 2, 2008, upon:

                Anthony Masciangelo
                695-7 Chine Avila, Suite 302
                Piedmont, Quebec
                CANADA J0R 1K0

by placing the same in a sealed envelope, postage prepaid, addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

                                                                   Robinson Howard

Sworn to before me this
3rd day of September, 2008

_____
Notary Public

BEVERLY H. CHOW
Notary Public, State of New York
No. 02CH6102203
Qualified in Westchester County
Commission Expires December 01, 20 11