



ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001
tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 09-03-08

August 21, 2008

Lisa T. Simpson
(212) 506-3767
lsimpson@orrick.com

**VIA FACSIMILE**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

ADJOURNED TO THURSDAY,
SEPTEMBER 4, 2008
AT 10:30AM.

SO ORDERED
                    6/6/08
J. S. D. J.

Re:   M. Shanken Communications, Inc. v. Cigar500.com, et al., 07-Civ.-7371

Dear Judge Koeltl:

We represent the defendant Cigar500.com in the above-referenced action. We write to request that the date set for hearing on Orrick, Herrington & Sutcliffe LLP's Motion to Withdraw as Counsel for Defendant Cigar500 be adjourned.

We received on Tuesday an Order from the Court scheduling the hearing on Orrick's motion for August 29, 2008 at 2:30 p.m. I will be on vacation with my family out of State on that date, returning on Labor Day, and therefore request a short adjournment of the hearing date to the following week, or at the convenience of the Court. Peter Raymond, counsel for plaintiff M. Shanken Communications, Inc., and Anthony Masciangelo, *pro se* for the individual defendants, have both consented to this request for an adjournment.

This is the first request for an adjournment of the hearing date for this motion.

Respectfully submitted,

Lisa T. Simpson (by her)

cc:   Peter D. Raymond, Esq.
      Anthony Masciangelo