UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

M. SHANKEN COMMUNICATIONS, INC.,

                Plaintiff,          07 Civ. 7371 (JGK)

      - against -                ORDER

CIGAR500.COM INC. and ANTHONY
MASCIANGELO

                Defendants.
―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The defendants' motion to file an amended answer is withdrawn. The defendants may file an amended answer and counterclaims by **May 8, 2009**. The plaintiff reserves all defenses and objections to the amended answer and counterclaims. The plaintiff's time to move or answer with respect to any counterclaims is extended until **June 12, 2009**. The Clerk is ordered to close Docket No. 57.

    Another conference is scheduled for **June 17, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           April 30, 2009

                                          John G. Koeltl
                                     United States District Judge

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/09